Steven H. Berniker, SBN 148196
Law Offices of Steven H. Berniker, APC
2424 Arden Way, Suite 360
Sacramento, CA 95825
Tel.: (916) 480-9200
Fax: (916) 480-9229
Email: Sbernlaw@gmail.com

Attorney for Plaintiff
BERNICE JENKINS

**UNITED STATES DISTRICT COURT**

**IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| BERNICE JENKINS,<br><br>Plaintiff,<br><br>-v-<br><br>NANCY A. BERRYHILL, Commissioner of the Social Security Administration,<br><br>Defendant. | Case No.: 2:18−CV−00058−CKD<br><br>**STIPULATION REGARDING EXTENSION FOR PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that Plaintiff shall have an extension of time of thirty (30) days to file Plaintiff's motion for summary judgment. The current due date is June 15, 2018. The new due date will be July 16, 2018, as the 30th day would fall on July 15, 2018, a Sunday.

Plaintiff's counsel is currently engaged in discovery in multiple matters. In addition, Plaintiff's counsel is engaged in preparation for two trials coming up within the next week. This request is made in good faith with no intention to unduly delay the proceedings.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly. Counsel apologizes to the Court for any inconvenience caused by this delay.

Respectfully submitted,

Dated: June 11, 2018

*/s/ Steven Berniker*

Steven Berniker
Attorney for Plaintiff

Respectfully submitted,

MCGREGOR W. SCOTT
United States Attorney

Dated: June 11, 2018

/s/ *Ellinor Coder*
Ellinor Coder
Special Assistant United States Attorney

ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: June 14, 2018

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE